IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID LEE MAYO, #241618, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 2:11cv392-MEF |
| ROBERT BENTLEY, et al., | ) |
| Defendants. | ) |

**ORDER**

On July 7, 2011, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 15). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that:

1. Plaintiff's amended complaint against Defendants Mosley, Boyd, Sconyers, Babers, Bentley, and Thomas is DISMISSED without prejudice prior to service of process pursuant to the directives of 28 U.S.C. § 1915(e)(2)(B)(ii);

2. Defendants Mosley, Boyd, Sconyers, Babers, Bentley, and Thomas are DISMISSED as parties to the complaint, as amended; and

3. This case with respect to the remaining defendants is REFERRED back to the Magistrate Judge for further proceedings.

DONE this the 17th day of August, 2011.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE