IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


DAVID LEE MAYO,            )
                          )
     Plaintiff,           )
                          )    CIVIL ACTION NO.
     v.                   )    2:11cv392-MHT
                          )       (WO)
ANTHONY ASKEW, et al.,    )
                          )
     Defendants.          )

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state inmate, filed this lawsuit challenging the Alabama Corrections Department's alleged restrictions on the religious practices of Native Americans.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that the defendants' motion to dismiss should be granted.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 29th day of September, 2014.

                    /s/ Myron H. Thompson

                  UNITED STATES DISTRICT JUDGE